UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CHRISTOPHER ROLLER,

      Plaintiff,

v.                                                Case No. 05-CV-1297 MJD/AJB

GE MEDICAL SYSTEMS INFORMATION
TECHNOLOGIES, INC.,

      Defendant.

---

**ORDER GRANTING DEFENDANT LEAVE TO FILE SURRESPONSE**

---

Upon motion of Defendant GE Medical Systems Information Technologies, Inc. ("GEMS IT"), by its attorneys Quarles & Brady LLP, and upon good cause being found:

**IT IS HEREBY ORDERED THAT** GEMS IT's motion for leave to file a surresponse (Docket Number 20) is **GRANTED.**  The surresponse attached to GEMS IT's memorandum of law (Docket Number 21) shall be filed with the Court.

Dated this 14th day of October, 2005.

                                                            BY THE COURT:

                                                            <u>s / Michael J. Davis</u>
                                                            Hon. Michael J. Davis
                                                           District Court Judge